**Motion GRANTED and Order filed January 27, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00043-CV

_____

**IN RE ROBYN JANE ARELOLO RUSSELL, Relator**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
COUNTY COURT AT LAW NO. 3
Brazoria County, Texas
Trial Court Cause No. PR41920**

---

## ORDER

On January 25, 2023, relator Robyn Jane Arelolo Russell, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jeremy E. Warren, Judge of the COUNTY COURT AT LAW NO 3, in Brazoria County, Texas, to set aside his January 12, 2023 order granting real party in interest's amended motion to enforce Health and Safety Code § 711.002(a-1), entered in trial court number PR41920, styled *In the Estate of Keith Russell, Deceased.*

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 25, 2023, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the January 12, 2023 order granting real party in interest's amended motion to enforce Health and Safety Code § 711.002(a-1) in trial court cause number PR41920, *In the Estate of Keith Russell, Deceased,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Ron Wofford to file a response to the petition for writ of mandamus on or before **February 13, 2023.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.